CLERK'S OFFICE U.S. DIS
AT ROANOKE, VA
FILED

SEP 2 7 2012

JULIA C DUDLEY, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

SYLVIA CUNNINGHAM,                    )
                                      )
        Plaintiff,                    )      Civil Action No. 3:12-cv-00002
                                      )
v.                                    )      **ORDER**
                                      )
DELHAIZE AMERICA, INC,                )      By:  Hon. Glen E. Conrad
                                      )      Chief United States District Judge
        Defendant.                    )

For the reasons stated in the accompanying memorandum opinion, it is hereby

**ORDERED** that the defendant's motion for summary judgment (Docket No. 14) is **DENIED**.

The Clerk is directed to send certified copies of this order to all counsel of record.

**ENTER**: This _27th_ day of September, 2012.

_____
Chief United States District Judge